**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Brayan Ramos-Brito,<br><br>DEFENDANT. | CASE NUMBER<br><br>2:25-mj-03506-DUTY<br><br>NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved. The matter is set on calendar for hearing before:

☑ District Judge Fred W. Slaughter

☐ Magistrate Judge _____

on 6/16/2025 _____ at 1:30 _____ ☐ a.m. ☑ p.m.

in courtroom 10D _____.

☐ is not approved.

☐ Other: _____

An interpreter is ☐ required ☑ is not required. Language _____
Defendant is ☑ in custody ☐ not in custody.

Clerk, U. S. District Court

| | | |
|---|---|---|
| June 12, 2025 | Rolls Royce Paschal | FWS_Chambers@cacd.uscourt.gov |
| Date | Deputy Clerk | Contact Phone Number |

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☑ Probation  ☐ Interpreter's Office  ☑ PSA.