MICHAEL BO GRIFFITH (Bar No.: 315358)
DEPUTY FEDERAL PUBLIC DEFENDER
(E-mail: bo_griffith@fd.org)
411 W. Fourth Street, Suite 7110

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:25-mj-03506-1 |
| v. | |
| Brayan Ramos-Brito | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

Exhibit 2 of Memorandum in Support of Pretrial Release

**Reason:**
[ ] Under Seal
[ ] In Camera
[✓] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

June 13, 2025                                              /s/ M. Bo Griffith
Date                                                         Attorney Name
                                                             Brayan Ramos-Brito
                                                             Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                          NOTICE OF MANUAL FILING OR LODGING