1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   JOSHUA J. LEE (Cal. Bar No. 318332)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3183
7       Facsimile: (213) 894-0142
        E-mail:    Joshua.Lee2@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10

11
                    UNITED STATES DISTRICT COURT
12
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
   UNITED STATES OF AMERICA,          No. 2:25-mj-03506-DUTY
14
              Plaintiff,              MOTION TO DISMISS COMPLAINT
15                                    WITHOUT PREJUDICE AGAINST
              v.                      DEFENDANT PURSUANT TO FEDERAL RULE
16                                    OF CRIMINAL PROCEDURE 48(a)
   BRAYAN RAMOS-BRITO,
17     aka, "Brian Ramos-Brito,"

18            Defendant.

19

20

21      The United States Attorney for the Central District of

22 California hereby requests leave of the Court to dismiss the

23 complaint against defendant Brayan Ramos-Brito without prejudice.

24      The government's request for dismissal is made in good faith

25 and in the interest of justice.  The law "generally require[s] a

26 district court to defer to the government's decision to seek a

27 dismissal of a criminal charge" under Rule 48(a) motions when they

28 are not opposed by the defense.  United States v. Gonzalez, 58 F.3d

                                  1

1  459, 462 (9th Cir. 1995).

2      Accordingly, the government requests that the Court grant this

3  motion to dismiss the complaint without prejudice against defendant

4  Brayan Ramos-Brito pursuant to Federal Rule of Criminal Procedure

5  48(a).

6   Dated: June 18, 2025                 Respectfully submitted,

7                                        BILAL A. ESSAYLI
                                         United States Attorney
8
                                         CHRISTINA T. SHAY
9                                        Assistant United States Attorney
                                         Chief, Criminal Division
10

11                                            _____/s/_____
                                         JOSHUA J. LEE
12                                       Assistant United States Attorney

13                                       Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         2