1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   JOSHUA J. LEE (Cal. Bar No. 318332)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3183
7       Facsimile: (213) 894-0142
        E-mail:   Joshua.Lee2@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

```
                    FILED
          CLERK, U.S. DISTRICT COURT

             June 18, 2025

       CENTRAL DISTRICT OF CALIFORNIA
       BY: _____CLD_____ DEPUTY
```

10

11                 UNITED STATES DISTRICT COURT

12            FOR THE CENTRAL DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,          No. 2:25-mj-03506-DUTY

14         Plaintiff,                  ORDER TO DISMISS COMPLAINT
                                       WITHOUT PREJUDICE AGAINST
15         v.                          DEFENDANT PURSUANT TO FEDERAL RULE
                                       OF CRIMINAL PROCEDURE
16  BRAYAN RAMOS-BRITO,                48(a)
       aka, "Brian Ramos-Brito,"
17

18         Defendant.

19

20      The Court has read and considered the government's motion to

21  dismiss the complaint without prejudice against defendant Brayan

22  Ramos-Brito.  The Court finds that there is good cause to dismiss the

23  complaint in the interests of justice.

24  ///

25  ///

26  ///

27

28

Accordingly, IT IS HEREBY ORDERED that the complaint is dismissed without prejudice against defendant Brayan Ramos-Brito in the interests of justice.

IT IS SO ORDERED.

June 18, 2025
_____        _____
DATE                                HONORABLE ALKA SAGAR
                                    UNITED STATES MAGISTRATE JUDGE

Presented by:

_____/s/_____
JOSHUA J. LEE
Assistant United States Attorney