FILED
CLERK, U.S. DISTRICT COURT

6/18/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MMC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:25-CR-00501-SVW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer] |
| BRAYAN RAMOS-BRITO, aka, "Brian Ramos-Brito," | [CLASS A MISDEMEANOR] |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. §§ 111(a)(1), 2(a)]

On or about June 7, 2025, in Los Angeles County, within the Central District of California, defendant BRAYAN RAMOS-BRITO, also known as "Brian Ramos-Brito," and others known and unknown to the Grand Jury, each aiding and abetting the others, intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim J.M., an employee of the United States Border Patrol,

//

//

while J.M. was engaged in, and on account of, the performance of J.M.'s official duties.

A TRUE BILL

_____
Foreperson

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*/s/ Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

JOSHUA J. LEE
Assistant United States Attorney
General Crimes Section