1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   JOSHUA J. LEE (Cal. Bar No. 318332)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3183
7       Facsimile: (213) 894-0142
        Email:     Joshua.Lee2@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,           No. 2:25-CR-00501-SVW-1

13         Plaintiff,                  NOTICE OF ERRATA

14              v.

15 BRAYAN RAMOS-BRITO,

16         Defendant.

17

18      Plaintiff United States of America, by and through its counsel

19 of record, the United States Attorney for the Central District of

20 California and Assistant United States Attorney Joshua J. Lee, hereby

21 files a notice of errata regarding, "INDICTMENT" (Dkt. 61).

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

On June 18, 2025, a document titled "INDICTMENT" was inadvertently electronically filed when the correct document should have been an "INFORMATION". Therefore, the government requests that Docket No. 61 be stricken from the record.

Dated: June 26, 2025					Respectfully submitted,

							BILAL A. ESSAYLI
							United States Attorney

							CHRISTINA T. SHAY
							Assistant United States Attorney
							Chief, Criminal Division


							          /s/
							JOSHUA J. LEE
							Assistant United States Attorney

							Attorneys for Plaintiff
							UNITED STATES OF AMERICA