UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No.: 2:25-cr-00501-SVW    Date: 7/21/2025

Present: The Honorable: Alicia G. Rosenberg, United States Magistrate Judge

Interpreter: N/A    Language: N/A

| Karl Lozada | C/S 07/21/2025 | Blake Hannah |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)  ✓ Present  Appearing on Summons

Attorneys for Defendants:  ✓ Present  DFPD

Brayan Ramos-Brito

Gabriela Rivera

Proceedings: Arraignment of Defendant and/or   ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Information.
* Defendant acknowledges having read the Information and discussed it with counsel.
* Court advises that the defendant has a constitutional right to be charged with a felony by an indictment from a grand jury, but that right can be waived and if so, the case would proceed on an information filed by the United States Attorney.
* Court asks if the defendant has discussed waiving the right to indictment by a grand jury with his or her attorney, and if so whether the defendant has formally waived that right.
* Defendant signs waiver of indictment in court.
* Defendant pleads "not guilty" to all counts of the Information.
* This case is assigned to Judge Stephen V. Wilson.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 9/16/2025 9:00 AM
* The parties are referred to Judge Wilson's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.
* Judge Wilson is located in 10A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA    PSAED    PSASA
 ✓ USMLA    USMED    USMSA
  Statistics Clerk    Interpreter
  CJA Supervising Attorney    Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 02
Initials of Deputy Clerk: KL by CGM