UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

| | | |
|---|---|---|
| Case No. 2:25-cr-00501-SVW | | Date: 07/21/2025 |
| Present: The Honorable: Alicia G. Rosenberg, United States Magistrate Judge | | |
| Interpreter N/A | | Language N/A |
| Karl Lozada | C/S 07/21/2025 | Blake Hannah |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✓ Present  Appearing on Summons     Attorneys for Defendants:  ✓ Present  DFPD

Brayan Ramos-Brito                                           Gabriela Rivera

**Proceedings: Arraignment of Defendant and/or**  ✓ Assignment of Case / Initial Appearance   Appointment of Counsel

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Information.
* Defendant acknowledges having read the Information and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Information.
* This case is assigned to Judge Stephen V. Wilson.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 9/16/2025 9:00 AM
* The parties are referred to Judge Wilson's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.
* Judge Wilson is located in 10A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA         PSAED         PSASA           Initial Appearance/Appointment of Counsel: 00 : 00
  ✓ USMLA         USMED         USMSA           Arrangement: 00 : 02
     Statistics Clerk              Interpreter                Initials of Deputy Clerk: KL by CGM
     CJA Supervising Attorney     Fiscal