CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
M. BO GRIFFITH (Bar No. 315358)
(E Mail: Bo_griffith@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
Brayan Ramos-Brito

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Brayan Ramos-Brito, <br><br> Defendant. | Case No. 2:25-CR-00501-SVW <br><br> [PROPOSED] ORDER <br><br> **RULE 17 SUBPOENA** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the out-of-district subpoena attached to this order shall issue.

DATED: September 8, 2025   By  _/s/ Stephen V. Wilson/_

HON. STEPHEN V. WILSON

United States District Judge

Presented by:

　　_/s/ Bo Griffith_

Deputy Federal Public Defender

FORM

MICHAEL BO GRIFFITH (Bar No.: 315358)
DEPUTY FEDERAL PUBLIC DEFENDER
(E-mail: bo_griffith@fd.org)
411 W. Fourth Street, Suite 7110
Santa Ana, CA 92701
(714) 338-4500

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:25-CR-00501-SVW |
| v. | |
| BRAYAN RAMOS-BRITO | SUBPOENA IN A CRIMINAL CASE |
| DEFENDANT(S) | |

TO: Jose Manuel Mojica

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: First Street Courthouse, 350 W. 1st Street, 10th Floor, Los Angeles  , Courtroom: 10A

Date: September 16, 2025  , Time: 9:00 a.m  .

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):



Brian D. Karth, Clerk of Court

September 8, 2025
Date

| | PROOF OF SERVICE | | |
|---|---|---|---|
| **Received by Server** | DATE | PLACE | |
| **Served** | DATE | PLACE | |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS ☐ Yes ☐ No  Amount $ _____ | |
| SERVED BY (PRINT NAME) | | TITLE | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
  *Date*                    *Signature of Server*

Address of Server: _____

ADDITIONAL INFORMATION