Name & Address:
PATRICK KIBBE (Cal. Bar No. Pending)
312 North Spring Street, Suite 1200
Los Angeles, CA 90012
Telephone: (213) 894-6159
Patrick.Kibbe@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:25-cr-00501-SVW |
| v. | |
| BRYAN RAMOS-BRITO, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☒ Lodged: (**List Documents**)
USB containing video exhibit to Government's Motion in Limine to Exclude Video.

**Reason:**

☐ Under Seal

☐ In Camera

☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

9/10/2025_____
Date

Patrick Kibbe
_____
Attorney Name

United States of America
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*