# EXHIBIT 1