**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| USA<br><br>PLAINTIFF(S)<br><br>v.<br><br>BRAYAN RAMOS-BRITO<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25-cr-00501-SVW<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 9/11/2025 | 88 | MIL: FOR ATTORNEY-LED VOIR DIRE |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☐ The document is stricken
☑ The hearing date has been rescheduled to   Monday, September 15, 2025   at   11:00 A.M.  .
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated:   9/11/2025                    By:   /s/ Stephen V. Wilson
                                              U.S. District Judge / U.S. Magistrate Judge