PATRICK D. KIBBE
ASSISTANT UNITED STATES ATTORNEY
U.S. Attorney's Office
312 North Spring Street, Suite 1200
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:25-CR-501-SVW |
| v. | |
| Brayan Ramos Brito | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged: **(List Documents)**

Government's Application to File Under Seal and In Camera; Proposed Order
Government's In Camera Filing; Proposed Order

**Reason:**
[✓] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

9/13/2025
Date

Patrick D. Kibbe
Attorney Name

United States
Party Represented

Note:    File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING