|   |   |
|---|---|
| 1 | CUAUHTEMOC ORTEGA (Bar No. 257443) |
| 2 | Federal Public Defender |
|   | M. Bo Griffith (Bar No. 315358) |
| 3 | (E-Mail: bo_griffith@fd.org) |
|   | Deputy Federal Public Defenders |
| 4 | 321 East 2nd Street |
| 5 | Los Angeles, California 90012-4202 |
|   | Telephone: (213) 894-2854 |
| 6 | Facsimile: (213) 894-0081 |
| 7 |   |
|   | Attorneys for Defendant |
| 8 | Brayan Ramos-Brito |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00501-SVW |
|---|---|
| Plaintiff, | EXHIBIT 8 IN SUPPORT OF DEFENDANT'S MOTION *IN LIMINE* FOR ATTORNEY-LED VOIR DIRE |
| v. |   |
| BRAYAN RAMOS-BRITO. | Hearing Date: September 15, 2025 |
|   | Hearing Time: 11:00am |
| Defendant. | Courtroom of the Honorable |
|   | Stephen V. Wilson |

Defendant, Brayan Ramos-Brito, by and through his counsel of record, M. Bo Griffith and Cuauhtemoc Ortega, hereby submits Exhibit 8 n Support of his Motion *in Limine* Requesting Attorney-led *Voir Dire*.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: September 15, 2025    By  /s/ M. Bo Griffith
                                                M. Bo Griffith
                                                Deputy Federal Public Defender
                                                Attorneys for Brayan Ramos-Brito