# EXHIBIT 8




**Acting U.S. Attorney Bill Essayli** ✓
@USAttyEssayli



Federal agents arrested over a dozen agitators today who impeded agents in their ability to conduct law enforcement operations. We will continue to arrest anyone who interferes with federal law enforcement.
The following individuals are under arrest:
Brayan Ramos
Joceline Rodriguez
Jose Mojica
Ashley Rodriguez



5:46 PM · Jun 7, 2025 · **1.5M** Views



