# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:25-cr-00501-SVW |
| Date | September 17, 2025 |
| Present: The Honorable | STEPHEN V. WILSON |
| Interpreter | |

| Daniel Tamayo | Maria Bustillos | Patrick Kibbe / Jehan Kim |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Brayan Ramos-Brito | X | ☐ | X | M. Bo Griffith DFPD | X | X | ☐ |
| | | | | Cuauhtemoc Ortega DFPD | X | X | ☐ |

____ Day <u>COURT TRIAL</u>     <u>2nd</u> Day <u>JURY TRIAL</u>     ____ Death Penalty Phase

____ One day trial;     ____ Begun (1st day);     X Held & continued;     ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

X Witnesses called, sworn and testified.

X Exhibits identified     X Exhibits admitted

X Government rests.     X Defendant(s) Brayan Ramos-Brito rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

X Motion for judgment of acquittal (FRCrP 29) is ____ granted  X denied ____ submitted

X Closing arguments made     X Court instructs jury     X Bailiff sworn

X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

X Alternates excused     X Jury retires to deliberate     ____ Jury resumes deliberations

X Finding by Court as follows:

| | | | |
|---|---|---|---|
| Dft # 1 | found guilty on counts ____ | X found not guilty on counts | 1 |
| Dft # ___ | found guilty on counts ____ | found not guilty on counts | |
| Dft # ___ | found guilty on counts ____ | found not guilty on counts | |
| Dft # ___ | found guilty on counts ____ | found not guilty on counts | |
| Dft # ___ | found guilty on counts ____ | found not guilty on counts | |

____ Jury polled     X Polling waived

X Filed Witness & Exhibit lists     X Filed Jury notes     X Filed Jury Instructions     X Filed Jury Verdict

____ Dft # ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ___ remanded to custody.     Remand/Release# ____ issd.     Dft # ____ released from custody.

X Bond exonerated as to Dft # 1

____ Case continued to _____ for further trial/further jury deliberation.

____ Other:

                                                      2 : 35
                                          Initials of Deputy Clerk  DTA